UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **02-20119-CR-MORENO**

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

**LOUIS ASKEW,**
        Defendant.
_____/

## ORDER DENYING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582( c )(2)

THIS CAUSE before the Court upon defendant's motion for reduction of sentence **[D.E. #121]** and the government having filed a response **[D.E. #122]**.

The Court under 18 U.S.C. § 3582( c )(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set for in 18 U.S.C. § 3553(a), to the extent that they are applicable, it is

**ORDERED and ADJUDGED** that the motion is **DENIED** as the defendant was sentenced to a minimum mandatory sentence.

DONE and ORDERED in Miami-Dade County Florida this 3rd day of March, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record

Louis Askew, *pro se*
Reg. No. 68263-004
Federal Correctional Complex
Coleman-Low
P.O. Box 1031
Coleman, Florida 33521